```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOEL JIMENEZ-MEDINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0505 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE AND EXCLUDING TIME |
| | ) |
| JOEL JIMINEZ-MEDINA, | ) |
| | ) Date:  January 14, 2008 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant JOEL JIMINEZ-MEDINA, that the status conference scheduled for January 14, 2008, be vacated and the matter be continued to January 28, 2008, for further status conference.

This continuance is need to review a pre-plea presentence report and to consult concerning disposition of the case without trial.

**IT IS THEREFORE FURTHER STIPULATED** that time for trial under the Speedy Trial Act should continue to be excluded between January 14, 2008, and January 28, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)(Local Code T-4) for defense preparation.

1 **IT IS SO STIPULATED**

2 Dated:   January 14, 2008            /s/Matthew Stegman
                                       MATTHEW STEGMAN
3                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff
4

5
  Dated:   January 14, 2008            /S/ Jeffrey L. Staniels
6                                      JEFFREY L. STANIELS
                                       Assistant Federal Defender
7                                      Attorney for Defendant
                                       PEGGY WITTS
8

9
                              **O R D E R**
10
     Based on the above stipulation this court and continues to find
11
that this case is complex within the meaning of the Speedy Trial Act,
12
and that the public interest in a speedy trial is outweighed by the
13
need to permit adequate time for counsel to prepare a defense to the
14
charges.
15
      Time for trial is therefore excluded pursuant to 18 U.S.C. §
16
3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).
17
     This case is ordered to be continued until January 28, 2008, at
18
10:00 a.m. on this court's criminal calendar.
19
   **IT IS SO ORDERED.**
20
21 Dated:   January 15, 2008

22

23
                                      _____
24                                     FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
25

26

27

28

Stipulation & Order              -2-